918

No. 49. Bailey v. Richardson et al. Certiorari, 339 U. S. 977, to the United States Court of Appeals for the District of Columbia Circuit. Argued October 11–12, 1950. Decided April 30, 1951. *Per Curiam:* The judgment is affirmed by an equally divided Court. Mr. Justice Clark took no part in the consideration or decision of this case. *Thurman Arnold* and *Paul A. Porter* argued the cause for petitioner. With them on the brief were *Abe Fortas* and *Milton V. Freeman. Solicitor General Perlman* argued the cause for respondents. With him on the brief were *Assistant Attorney General Morison, James L. Morrisson* and *Samuel D. Slade.*

No. 600. Ross v. Texas. Certiorari, 340 U. S. 946, to the Court of Criminal Appeals of Texas. Argued April 23, 1951. Decided April 30, 1951. *Per Curiam:* The judgment is reversed, *Cassell* v. *Texas,* 339 U. S. 282. *Thos. H. Dent* and *W. J. Durham* filed a brief for petitioner. *Raymond E. Magee* argued the cause for respondent. With him on the brief were *Price Daniel,* Attorney General of Texas, *David B. Irons,* Administrative Assistant Attorney General, and *E. Jacobson,* Assistant Attorney General.